UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAISY BUNDRAGE,**

                Plaintiff,

vs.                                                    CASE NO. 8:16-cv-00391-RAL-JSS

**COLLECTO, INC. d/b/a EOS CCA,**

                Defendant.
_____/

## MOTION FOR ENTRY OF DEFAULT

**COMES NOW**, Plaintiff, DAISY BUNDRAGE, by and through her undersigned counsel, and moves for an entry of default against Defendant, COLLECTO, INC. d/b/a EOS CCA, and as grounds therefore, states as follows:

1. Plaintiff's Complaint was filed on February 19, 2016. (Doc. No. 1)

2. Service upon Defendant was perfected on March 14, 2016, requiring an answer to Plaintiff's Complaint to be filed on or before April 4, 2016. (Doc. No. 5)

3. An Amended Complaint was filed on March 24, 2016, and served upon counsel for the Defendant who had contacted counsel for the Plaintiff regarding settlement via first class mail and email. (Doc. No. 4)

4. Service of this Amended Complaint extended the time for Defendant to answer or otherwise respond to the Amended Complaint to April 7, 2016.

5. As of this date, Defendant has not filed a response to Plaintiff's Complaint.

6. Rule 1.07(b) of the Local Rules for the District Court of the United States for the Middle District of Florida states:

> (b) When service of process has been effected but no appearance is made within the time and manner provided by Rule 12, F.R.C.P., the party effecting service shall promptly apply to the Clerk for an entry of default pursuant to Rule 55(a), F.R.C.P., and proceed without delay to apply for a judgment pursuant to Rule 55(b, F.R.C.P., failing which the case shall be subject to dismissal sixty (60) days after such service without notice and without prejudice; provided, however, such time may be extended by order of the Court on reasonable application with good cause shown.

**WHEREFORE**, Plaintiff requests this Court to enter a Default in favor of Plaintiff and against Defendant.

Respectfully, submitted this 13th day of April 2016, by:

/s/ James S. Giardina
James S. Giardina – Trial Counsel
Fla. Bar No. 0942421
**The Consumer Rights Law Group, PLLC**
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 13, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, and courtesy copy via email, to the following non-CM/ECF participants:

Michael S. Kraft, Esq.
Kraft Law Firm
30 Coach Lane
Westwood, MA 02090
Michael@kraftlawfirm.com
Counsel for Defendant

              /s/ James S. Giardina
              James S. Giardina – Trial Counsel
              Fla. Bar No. 0942421
              **The Consumer Rights Law Group, PLLC**
              3104 W. Waters Avenue, Suite 200
              Tampa, Florida 33614-2877
              Tel: (813) 435-5055 ext 101
              Fax: (866) 535-7199
              James@ConsumerRightsLawGroup.com
              *Counsel for Plaintiff*