**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAISY BUNDRAGE,

    Plaintiff,                                               CASE NO:  8:16-cv-00391-RAL-JSS

vs.

COLLECTO, INC., d/b/a EOS CCA,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF PENDING SETTLEMENT**

COMES NOW, Defendant COLLECTO, INC. ("Defendant"), by and through its undersigned counsel, pursuant to Local Rule 3.08(a), and hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: April 19, 2016

                                                         Respectfully submitted by:

                                                         /s/ Benjamin W. Raslavich
                                                         Benjamin W. Raslavich, Esquire
                                                         Florida Bar No.: 0102808
                                                         GOLDEN SCAZ GAGAIN, PLLC
                                                         201 North Armenia Avenue
                                                          Tampa, Florida 33609
                                                         P: (813) 251-5500
                                                         F: (813) 251-5500
                                                         braslavich@gsgfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ Benjamin W. Raslavich</u>
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808